```
                                              FILED
                                              August 21, 2008
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              _____
                                                  DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Case No. MAG. 08-0282 KJM |
|         Plaintiff,              ) | |
| v.              ) | ORDER FOR RELEASE OF |
|              ) | PERSON IN CUSTODY |
| DAVID REYES NAVARRO,              ) | |
|              ) | |
|         Defendant.              ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David Reyes Navarro</u>, Case No. <u>MAG. 08-0282 KJM</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1); 843(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     _X_ Bail Posted in the Sum of $ <u>100,000 (secured by title to 2000 Dodge Intrepid</u>

           _X_     Unsecured Appearance Bond   <u>remainder as unsecured bond</u>

           __     Appearance Bond with 10% Deposit

           __     Appearance Bond with Surety

           __     Corporate Surety Bail Bond

           _X_     (Other)      <u>with pretrial supervision and conditions of release</u> <u>as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 21, 2008</u> at <u>4:15</u> pm.

By     /s/ Dale A. Drozd
        Dale A. Drozd
        United States Magistrate Judge